1
2
3
4
5
6
7
8
9
10
11
12
13
14

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

ROBERTO BATISTA,

    Plaintiff,

  v.

SUPREME ALASKA SEAFOOD,

    Defendant.

Case No. C04-1851L

ORDER ON MOTION TO STRIKE EXPERT TESTIMONY

15 This matter comes before the Court on plaintiff's "Motion to Strike Expert Testimony"
16 (Dkt # 40). This order denies the motion for two reasons: (1) the motion is untimely, in
17 violation of the Court's previous scheduling order (Dkt. # 13), and (2) the Court will allow some
18 expert testimony and will determine the proper scope of such testimony at the time of trial.
19 Therefore, IT IS HEREBY ORDERED that plaintiff's motion is DENIED.
20
21 DATED this 18th day of October, 2005.
22
23
24 *[signature]*
25 Robert S. Lasnik
26 United States District Judge

ORDER ON MOTION TO STRIKE
EXPERT TESTIMONY